## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Michael Egan,

        Plaintiff,

  vs.

Academy Collection Service, Inc., et al.,

        Defendants.

Case No.:  3:10-cv-00435-VLB

### NOTICE OF SETTLEMENT

    NOTICE IS HEREBY GIVEN that Defendant, Academy Collection Service, Inc., and Plaintiff, Michael Egan ("Plaintiff") have reached a settlement in the above-captioned case. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 27, 2010

        Respectfully submitted,

        PLAINTIFF,
        Michael Egan

        /s/ Sergei Lemberg
        Sergei Lemberg, Esq. (425027)
        LEMBERG & ASSOCIATES, L.L.C.
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (877) 795-3666
        slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2010, a true and correct copy of the foregoing Notice of Settlement was filed electronically with the U.S. District Court District of Connecticut ECF system and that the document is available on the ECF system.


By:   /s/ Sergei Lemberg
Sergei Lemberg, Esq.