UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Michael Egan,<br><br>    Plaintiff,<br><br>v.<br><br>Academy Collection Service, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 3:10-cv-00435-VLB |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants, Academy Collection Service, Inc. with prejudice and without costs to any party.

| | |
|---|---|
| Michael Egan | Academy Collection Service, Inc. |
| /s/ Sergei Lemberg, Esq. | /s/ Christopher S. Acquanita, Esq. |
| Sergei Lemberg, Esq. (Juris No. 425027)<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>Telephone: (203) 653-2250<br>Attorney for Plaintiff | Christopher S. Acquanita, Esq. (ct 20782)<br>Law Offices of Jack V. Genovese II<br>200 Glastonbury Boulevard, Suite 301<br>Glastonbury, Connecticut 06033<br>Telephone: (860) 633-4797<br>Attorney for Defendant |

/s/ Jack V. Genovese, II, Esq.
Jack V. Genovese, II, Esq. (ct00573)
Law Offices of Jack V. Genovese II
200 Glastonbury Boulevard, Suite 301
Glastonbury, CT 06033
Telephone: (860) 633-4797


/s/ Mony Botum Pho Yin
Mony Botum Pho Yin, Esq. (ct19355)
Law Offices of Jack V. Genovese II
200 Glastonbury Boulevard, Suite 301
Glastonbury, Connecticut 06033
Telephone: (860) 652-4807

_____

SO ORDERED